UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTON JOHNSON,<br>3101 Naylor Road, SE, # 204<br>Washington, D.C. 22033<br><br>   *Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>1350 Pennsylvania Avenue, NW<br>Washington, D.C. 20004;<br><br>OFFICER FRANKIE PIMENTAL<br>441 4th Street, NW, 7th Floor<br>Washington, D.C. 20001;<br><br>OFFICER ANGELICA KRUPA<br>441 4th Street, NW, 7th Floor<br>Washington, D.C. 20001;<br><br>OFFICER BRIAN LAFRANCHISE<br>441 4th Street, NW, 7th Floor<br>Washington, D.C. 20001;<br><br>OFFICER ELIZABETH COUICK<br>441 4th Street, NW, 7th Floor<br>Washington, D.C. 20001;<br><br>OFFICER EMMETT ORTS<br>441 4th Street, NW, 7th Floor<br>Washington, D.C. 20001; and<br><br>OFFICER ISAAC FERNANDO<br>441 4th Street, NW, 7th Floor<br>Washington, D.C. 20001.<br><br>   *Defendants.* | Civil Action No. 1:23-cv-02257 |

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1441(a) and 1446, and Fed. R. Civ. P. 81(c), Defendant District of Columbia (the District) removes the case of *Ashton Johnson v. District of Columbia, et al.*, Case No. 2023-CAB-003267, which was brought in the Superior Court of the District of Columbia. The claims raised in the complaint assert a federal question appropriate for resolution by this Court. *See* 28 U.S.C. §§ 1441 and 1446.

A party may remove a civil action brought in a state court if the district courts of the United States have original jurisdiction. *See* 28 U.S.C. § 1441(a). Here, Plaintiff's Complaint "seeks relief pursuant to . . . Federal common and statutory law." Compl. at 2. Because Plaintiff's claims arise under federal law, this Court has original jurisdiction under 28 U.S.C. § 1331. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Therefore, under 28 U.S.C. § 1441(a), the District may remove this action to this Court.

The requirements of 28 U.S.C. § 1446 are satisfied because this Notice is filed within 30 days after service of process on Defendants,[1] which occurred on July 7, 2023. Copies of all pleadings and orders served on Defendants, as well as papers filed in the Superior Court of the District of Columbia, are attached as Exhibit 1. After this Notice is filed in the United States District Court for the District of Columbia, the District will file notice of this removal with the Clerk of the Court for the Superior Court of the District of Columbia and serve a copy on Plaintiff.

---

[1] The District of Columbia was served on July 7, 2023. Not all individual defendants have been served.

Venue is proper as the United States District Court for the District of Columbia includes the District of Columbia, where the events giving rise to this action allegedly occurred, and where the Superior Court of the District of Columbia is located.  All individual defendants consent to the removal of this action in accordance with 28 U.S.C. § 1446(b)(2).

Accordingly, the District removes this action to this Court from the Superior Court of the District of Columbia, Civil Division.

Date:  August 4, 2023

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

*/s/ Ryan Martini*
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
RYAN MARTINI [888241893]
Assistant Attorney General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
Phone:  (202) 724-6642; (202) 724-7322
Fax:  (202) 741-8895; (202) 741-0555
Email:  robert.deberardinis@dc.gov; ryan.martini@dc.gov

*Counsel for Defendant District of Columbia*

## CERTIFICATE OF SERVICE

I certify that, on August 4, 2023, I served a copy of this Notice of Removal by email and first-class mail, postage prepaid, to:

Robert Maxwell, Esq.
Christopher Viviani, Esq.
601 Pennsylvania Avenue, NW # 900
Washington, D.C. 20004
robert@mapllp.com
chris@mapllp.com
*Counsel for Plaintiff*

                                                  */s/ Ryan Martini*
                                                  RYAN MARTINI
                                                  Assistant Attorney General